**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00430-MSK-01
08-cr-00431-MSK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

GILBERTO JACOBO BELTRAN,

       Defendant.

---

ORDER CONTINUING SUPERVISED RELEASE

---

       This matter is before the Court upon report by the probation officer that Defendant has violated the conditions of supervised release.  The Court, having heard statements by the parties, finds that continued supervision is appropriate.  It is therefore

       ORDERED that Defendant's term of supervised release is continued under the original order of this Court.  It is

       FURTHER ORDERED that all terms and conditions of supervision previously imposed shall remain in full force and effect.

       DATED at Denver, Colorado, this 14th day of December, 2009.

       **BY THE COURT:**

       */s/ Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge